**Order entered May 2, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01262-CR

**ANTHONY PAZ TORRES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-76860-P**

## ORDER

The reporter's record was filed March 15, 2019.  On April 29, 2019, court reporter Laura Weed filed a letter with the Court stating that she inadvertently sent a duplicate volume of the trial court exhibits.  We **STRIKE** volume 7 of the reporter's record filed March 15, 2019.

Appellant's brief is **DUE** May 14, 2019.

/s/    BILL PEDERSEN, III
        JUSTICE